NO. SCWC-29516

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

In the Matter of the Application

of

HAROLD KAINALU LONG CASTLE, to register and
confirm title to land situate at Kailua,
District of Koolaupoko, City and County of
Honolulu, State of Hawai'i.

ESTRELLA S. IGARTA,
Respondent/Petitioner-Appellee

vs.

ANTHONY PAUL LOCRICCHIO and BARBARA MARIE
LOCRICCHIO, husband and wife,
Petitioners/Respondents-Appellants

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(APPLICATION NO. 754 (Land Court 07-0003))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on

November 24, 2010 by Petitioners/Respondents-Appellants Anthony

---

[1]     Considered by:  Recktenwald, C.J., Nakayama, and Acoba, JJ., and
Circuit Judge Wilson for Duffy, J., recused, and Circuit Judge Chan, assigned
due to a vacancy.

Paul Locricchio and Barbara Marie Locricchio is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 21, 2010.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice

Anthony P. Locricchio *pro se*, and for petitioner/ respondent-appellant Barbara Marie Locricchio, on the application.

2